Decided June 26, 2002

## STATE OF CONNECTICUT *v.* WALBUR GONZALEZ

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 649 (AC 20764), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided June 26, 2002